### ROCCA v. ROSENSTIEL

Ohio Appeals, 1st Dist., Hamilton Co.

Decided Dec. 28, 1925

**543. FORCIBLE ENTRY & DETAINER** —In forcible entry and detainer cases heard in Municipal court, it is not necessary to obtain leave of court to file a petition in error in the common pleas court.

EUCHWALTER, P. J.

G. W. Rosenstiel brought an action in forcible entry and detainer against Anna Rocca in the Cincinnati Municipal Court; and recovered judgment on June 19, 1924. On July 30, 1924, a petition in error, transcript, bill of exceptions, etc. were filed in the Hamilton Common pleas. On motion, this court struck the petition in error from the files on the ground that same was not filed by leave of court and the proceedings were dismissed.

Error was prosecuted by Rocca to reverse this judgment. The Court of Appeals held:

1. If leave of court is not necessary in order to file a petition in error in a case of forcible entry and detainer heard in a municipal court, the common pleas court was in error in dismissing Rocca's petition in error.

2. Section 1558-6 GC. provides that the Municipal Court shall have ordinary civil jurisdiction within the limits of Cincinnati in all actions in forcible entry or detainer.

3. Section 1558-26 provides that proceedings in error may be taken to the Hamilton Common Pleas from a final order of the Cincinnati Municipal Court in the same manner for proceedings in error from the common pleas to the court of appeals.

4. Sections 12247 and 12259 GC. provide how cases may be taken from the common pleas to the court of appeals; and leave is not required thereby.

5. Since there is no special statute limiting the right to review the action of the municipal court in forcible entry and detainer cases, provisions of 1558-26, 12247 and 12259 GC. govern the procedure; and the common pleas was in error in dismissing the petition.

Judgment reversed.

Attorneys—T. V. Maxedon for Rocca; Simeon M. Johnson for Rosenstiel; both of Cincinnati.